## EXHIBIT "A"

| | | |
|---|---|---|
| IN RE: | § | Case No. 05-42186-H4-7 |
| | § | |
| **ROBERT CERDA MARQUEZ JR. AND** | § | (Chapter 7) |
| **JOSEPHINE ELIZONDO MARQUEZ,** | § | |
| | § | |
| DEBTORS. | § | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|

_____ Small Dividends

__X__ Unclaimed Dividends

| | |
|---|---|
| Ck #5007    Claim #1 | Ck #5021    Claim #16 |
| JPMOrgan Chase Bank, NA | Citibank South Dakota, NA |
| fka Bank One, NA | Assoc/Citgo Payment Center |
| c/o Richard G. Dafoe | 4300 Westown Parkway |
| Vial, Hamilton, Koch & Knox | West Des Moines, IA 50266 |
| 1700 Pacific Ave., #2800 | $79.41 |
| Dallas, Texas 75201 | |
| $6,553.82 | |

Total Unclaimed Dividends                    n/a

Total Small & Unclaimed Dividends     $   6,633.23